**Rita WILSON, Respondent,**

v.

**Rickey WILSON, Appellant.**

**No. WD 38443.**

Missouri Court of Appeals,
Western District.

March 24, 1987.

Allan D. Seidel, Miller & Seidel, Trenton, for appellant.

Randall D. Thompson, Bethany, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal by husband from portion of dissolution of marriage decree awarding mainte-

nance to wife, pursuant to § 452.335 RSMo 1986.

Affirmed. Rule 84.16(b).

**Nicholas GENTRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38513.**

Missouri Court of Appeals,
Western District.

March 24, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from Rule 27.26 motion for post-conviction relief. Judgment affirmed. Rule 84.16(b).